# PROCEEDING MEMO

Date: 10/15/2018 11:00 am

In re: John E. Wright and Denise M. Wright

Bankruptcy No. 15-22496-CMB
Chapter: 13
Doc. # 177

**Appearances:**

Movant(s):   David Valencik ✓

Respondent(s):   Winnecour / Pail ✓ / Katz / DeSimone

Wannbrondt (signature)

Creditor(s):

Nature of Proceeding:   Debtors' Expedited Motion to Approve Automobile Financing

Additional Pleadings:  #179 Certificate of Service; #181 Response by Toyota Motor Credit Corporation

Judge's Notes:

Outcome:

✓ Motion is GRANTED ✓ Order Entered

___Motion is DENIED___Order entered

___Motion WITHDRAWN

___Motion is DISMISSED___Order entered

___Reschedule for Proper Service

___Case DISMISSED___Order entered

___Parties to submit Order/Settlement/Stipulation by___days

___CONTINUED MATTER: ___for at least___days (Court to Issue Order)

___ISSUE EVIDENTIARY HEARING NOTCE

___Discovery time needed___days

___Briefs to be filed:    Movant(s) brief due___days
Respondent(s) brief due___days
Trustee's brief due___days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
10/15/18 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA