## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>John E. Wright and<br>Denise M. Wright,<br>**Debtors,**<br>John E. Wright and,<br>Denise M. Wright,<br>**Movants,**<br>vs.<br>Ronda Winnecour, Standing Chapter 13 Trustee,<br>**Respondent.** | ) Bankruptcy No. 15-22496-CMB<br>)<br>) **Chapter** 13<br>) Related to:<br>) **Document No.** 177<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF COURT

**AND NOW,** to-wit, this _15th_ day of _October_, 2018, on Motion of the Debtors, it is hereby **ORDERED** that the Debtors are authorized to lease a 2018 Toyota Camry from Rohrich Toyota, located at 2020 West Liberty Avenue Pittsburgh, PA 15226;

**IT IS ORDERED**, that the Debtor, Denise M. Wright, is authorized to enter into a lease agreement not to exceed thirty-six (36) months.

**IT IS ORDERED**, that the Debtor, Denise M. Wright, is authorized to enter into a lease agreement monthly payment that will not exceed $473.41.

**IT IS ORDERED**, that the Debtor, Denise M. Wright, is authorized to enter into a lease agreement where the down payment will not exceed $750.00.

**IT IS ORDERED**, that the monthly lease payments will be paid through the Chapter 13 Plan.

**IT IS ORDERED**, that the Debtor, Michelle M. Wright, is authorized to enter into a lease agreement with similar terms in the event that this vehicle is no longer available.

By the Court,

Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

FILED
10/15/18 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John E. Wright
Denise M. Wright
    Debtors

Case No. 15-22496-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: kthe　　　Page 1 of 1　　　Date Rcvd: Oct 15, 2018
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
db/jdb       #+John E. Wright,   Denise M. Wright,   111 Brave Run Road,   McMurray, PA 15317-6615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
    David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
     cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
    David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
     cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
    Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
    Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
    James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor   Peters Township School District jhunt@grblaw.com,
     cnoroski@grblaw.com
    Jeffrey R. Hunt    on behalf of Creditor   Peters Township jhunt@grblaw.com,   cnoroski@grblaw.com
    Jill Manuel-Coughlin    on behalf of Creditor   Kirkland Financial, LLC jill@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Kevin Scott Frankel    on behalf of Creditor   Kirkland Financial, LLC pabk@logs.com
    LeeAne O. Huggins    on behalf of Creditor   Kirkland Financial, LLC pabk@logs.com
    Lisa M. Burkhart    on behalf of Creditor   Estates of Hidden Valley lburkhart@bmr-law.com,
     fjug@bmr-law.com
    Martin A. Mooney    on behalf of Creditor   Toyota Motor Credit Corporation
     ahight@schillerknapp.com,
     kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor   Toyota Motor Credit Corporation
     pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 16