UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John E. Wright
        Denise M. Wright
                                Debtor(s)

Toyota Lease Trust
                                Movant
        v.
John E. Wright
Denise M. Wright
                                Respondent
        and
Ronda J. Winnecour, Trustee
                                Additional Respondent

BK. NO. 15-22496 CMB

CHAPTER 13

Related to Docket #  185

**ENTERED BY DEFAULT**

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this  6th day of December 2018, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY , VIN:4T1BF1FK4FU080034,  in a commercially reasonable manner.

Carlota M. Böhm
kmt
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: See attached service list:

FILED
12/6/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John E. Wright
111 Brave Run Road
McMurray, PA 15317

Denise M. Wright
111 Brave Run Road
McMurray, PA 15317

Donald R. Calaiaro Esq.
Calaiaro Valencik
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
dcalaiaro@c-vlaw.com

David Z. Valencik Esq.
Calaiaro Valencik
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219-2207
dvalencik@c-vlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22496-CMB
John E. Wright                                                          Chapter 13
Denise M. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb         #+John E. Wright,    Denise M. Wright,    111 Brave Run Road,    McMurray, PA 15317-6615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township jhunt@grblaw.com,  cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    Kirkland Financial, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kevin Scott Frankel    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              Lisa M. Burkhart    on behalf of Creditor    Estates of Hidden Valley lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 16