# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOHN E. & DENISE M. WRIGHT |
| **Case Number:** | 15-22496-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 23, 2019 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/24/19 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#193 - Final Confirmation of Plan Dated 12/21/2018 (FC)
R / M #: 193 / 0

### *Appearances:*

Debtor: Valencic
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __7-11-19__ at __10:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue to discuss increased plan payment.

5/15/2019   3:23:54PM