UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOHN E. & DENISE M. WRIGHT
**Case Number:** 15-22496-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 11, 2019 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#193 - Continued Confirmation of Plan Dated 12/21/2018 (FC)
R / M #: 193 / 0

### Appearances:

Debtor: *Valerie* [signature]
Trustee: Winnecour / Pai / **Katz** / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 9/12/19 at 3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Con[t] for Debtor Counsel to address attorney fees treatment

*Stamp:* RECEIVED 2019 JUL 11 P 3:42 BANKRUPTCY COURT

7/2/2019    3:15:48PM