# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOHN E. & DENISE M. WRIGHT | | |
| **Case Number:** | 15-22496-CMB | **Chapter:** 13 | |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 12, 2019 03:00 PM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
9/16/19 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#193 - Continued Confirmation of Plan Dated 12/21/2018 (FC)
R / M #:   193 / 0

### *Appearances:*

Debtor:
Trustee:  Winnecour  /  Pail  /  Katz  /  DeSimone

Creditor:

*Need formal agreement filed and approved to address Atty fees*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. __✓__ Plan/Motion continued to __11/21/19__ at __3:00pm__

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/5/2019    3:35:29PM