# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JOHN E. & DENISE M. WRIGHT
**Case Number:** 15-22496-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 30, 2020 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#193 - Continued Confirmation of Plan Dated 12/21/18 FC
R / M #: 193 / 0

## *Appearances:*

**Debtor:** Postko
**Trustee:** Winnecour / Pail / Katz / (DeSimone)
**Creditor:**

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  4-9-20  at  10:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

Cont. for action on fee app.



FILED
JAN 31 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/24/2020    2:47:00PM