**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-22496 CMB |
| John E. Wright and | ) **Chapter** 13 |
| Denise M. Wright, | ) |
|     **Debtors,** | ) **Related Document No.** 208-211 |
| Calaiaro Valencik, | ) **Hearing Date:** 03/11/20 @ 11:00 a.m. |
|     **Movant,** | ) **Response Due:** 02/14/20 |
|     vs. | ) |
| NO RESPONDENT. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**FINAL FEES AND EXPENSES APPLICATION FILED ON BEHALF OF**
**Calaiaro Valencik- Document No. 208**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on January 28, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik I** were to be filed and served no later than February 14, 2020.

It is hereby respectfully requested that the Order attached to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** February 17, 2020        /s/ Donald R. Calaiaro
                                                   **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                   dcalaiaro@c-vlaw.com

                                                   /s/ David Z. Valencik
                                                   **David Z. Valencik, Esquire, PA I.D. #308361**
                                                   dvalencik@c-vlaw.com

                                                   **CALAIARO VALENCIK**
                                                   **938 Penn Avenue, Suite 501**
                                                   **Pittsburgh, PA  15222**
                                                   **(412) 232-0930**