**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-22496-CMB |
| John E. Wright and | ) |
| Denise M. Wright, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Calaiaro Valencik, | ) **Related Document No.** 206-207 |
| **Movant,** | ) |
| vs. | ) **Hearing Date:** 03/11/20 @ 11:00 a.m. |
| John E. Wright, Denise M. Wright, and | ) |
| Ronda Winnecour, Standing Chapter | ) **Response Due:** 02/14/20 |
| 13 Trustee, | ) |
| **Respondents.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE CLAIM TREATMENT**
**- Document No. 206**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Claim Treatment** filed on January 28, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Claim Treatment** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Claim Treatment** were to be filed and served no later than February 14, 2020.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Claim Treatment** be entered by the Court.

**Dated:** February 17, 2020

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

/s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222**
**(412) 232-0930**