# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John E. Wright and<br>Denise M. Wright,<br>　　**Debtors,**<br>Calaiaro Valencik,<br>　　**Movant,**<br>　　vs.<br>John E. Wright, Denise M. Wright, and<br>Ronda Winnecour, Standing Chapter<br>13 Trustee,<br>　　**Respondents.** | ) Bankruptcy No. 15-22496-CMB<br>)<br>) **Chapter** 13<br>)<br>) Related to: Document No. 206<br>)<br>) **ENTERED BY DEFAULT**<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

**AND NOW** this 19th day of February 2020, upon motion of the Debtors, the motion is **GRANTED**. The fee allowed to Debtors' Counsel shall be paid, to the extent of available funds from the Chapter 13 Trustee. The unpaid balance of the allowed fees to Calaiaro Valencik shall be treated as a long-term continuing debt that shall survive the discharge and the conclusion of this case. Calaiaro Valencik shall be permitted to waive any amounts due in excess of the $4,000.00 in accordance with their agreement with the Debtors.

By the Court,

*Carlota M. Böhm*　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
2/19/20 6:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John E. Wright
Denise M. Wright
    Debtors

Case No. 15-22496-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr    Page 1 of 1    Date Rcvd: Feb 20, 2020
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db/jdb        +John E. Wright,   Denise M. Wright,   101 Kimber Drive,   McMurray, PA 15317-5313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

       David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
        cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
       David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
        cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
       Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
       Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
       Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
        cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    Peters Township School District jhunt@grblaw.com,
        cnoroski@grblaw.com
       Jeffrey R. Hunt    on behalf of Creditor    Peters Township jhunt@grblaw.com, cnoroski@grblaw.com
       Jill Manuel-Coughlin    on behalf of Creditor    Kirkland Financial, LLC bankruptcy@powerskirn.com
       Kevin Scott Frankel    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
       LeeAne O. Huggins    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
       Lisa M. Burkhart    on behalf of Creditor    Estates of Hidden Valley lburkhart@bmr-law.com,
        fjug@bmr-law.com
       Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
        kcollins@schillerknapp.com, lgadomski@schillerknapp.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
        pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 17