

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1522496

DEBTOR(S):

JOHN E WRIGHT

DENISE M WRIGHT

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $6,438.75

CREDITOR'S SIGNATURE:

/s/ Stacie Rhoades

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Chase Bank USA, N.A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/12/2020