**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/22/2020

IN RE:

JOHN E. WRIGHT
DENISE M. WRIGHT
101 KIMBER DRIVE
MCMURRAY, PA 15317
XXX-XX-9731          Debtor(s)

XXX-XX-0146

Case No.15-22496 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/22/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **KIRKLAND FINANCIAL LLC**<br>3000 BUSINESS PARK CIRCLE SUTIE 500<br><br>GOODLETTSVILLE, TN 37072 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 20,484.23<br>COMMENT: RS/OE*SURR/PL*PD/PRIOR PL*3348.70x(60+2)=LMT*DK*BGN 7/15*CL=426013.12 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3516 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA 16148 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5253 |
| **STRATEGIC RECOVERY**<br>PO BOX 52238<br><br>IDAHO FALLS, ID 83405 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:NC<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2823 |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br><br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:5-2<br><br>CLAIM: 16,991.28<br>COMMENT: RS/OE*SURR/PL*PD/PRIOR PL*AMD CL=0*W/43 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: M809 |
| **PETERS TOWNSHIP (RE)**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:9-2<br><br>CLAIM: 794.12<br>COMMENT: 540-009-07-00-0043-00;15*REMOVED/PL*PMTS RATIFIED/CONF*W/32*DK*AMD CL=( | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4300 |
| **ALLEGHENY CLINIC++**<br>PO BOX 848659<br><br>BOSTON, MA 02284 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br><br>WARREN, MI 48090 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LEVIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH 48216-0117 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 2,959.93<br>COMMENT: 0009/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **F DAVID SYLVESTER & ASSOC**<br>200 COMMERCE DR STE 206<br><br>CORAOPOLIS, PA 15108 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FAMILY PRACTICE ASSOC PC**<br>POB 5100<br><br>NEW CASTLE, PA 16105 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 38,452.34 <br> COMMENT: 9731/0146*CL7GOVS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9731 |
| **JOAN NAVONEY** <br> 111 BRAVE RUN RD <br> MCMURRY, PA 15317 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **JOHN KOUTSOGIANI** <br> 304 BUCKINGHAM DR <br> VENETIA, PA 15367 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PETERS TOWNSHIP SD & PETERS TWP (EIT)** <br> C/O JORDAN TAX SVC - PRE-2012 YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 4,898.31 <br> COMMENT: 1426/1626;09-11*$/CL-PL*UNS/SCH | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 1626 |
| **LINEBARGER GOGGAN BLAIR & SAMPSON** <br> POB 90128 <br> HARRISBURG, PA 17109 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2768 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 0.00 <br> COMMENT: CITIBANK/SEARS*CL @ 12507.59 W/DRAWN-DOC 223 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0302 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER** <br> PO BOX 371412 <br> PITTSBURGH, PA 15250 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 194.42 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6965 |
| **RESURGENT CAPITAL SVCS** <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0146 |
| **SOUTH HILLS FAMILY MEDICINE LLC** <br> 1000 HIGBEE DR STE 104 <br> BETHEL PARK, PA 15102 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3001 |
| **ST CLAIR HOSPITAL** <br> 1000 BOWER HILL RD <br> PITTSBURGH, PA 15243-0899 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: F006 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SUMMIT PHYSICAL THERAPY**<br>414 PENCO RD<br><br>WEIRTON, WV | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 2,333.33<br>COMMENT: 9937/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9731 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br><br>HARRISBURG, PA 17106-9894 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9731 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 364.74<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1831 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number:24 INT %: 3.00%<br>Court Claim Number:1<br><br>CLAIM: 2,285.69<br>COMMENT: CL1GOVS*$/CL-PL@4%*NT/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9731 |
| **KIRKLAND FINANCIAL LLC**<br>3000 BUSINESS PARK CIRCLE SUTIE 500<br><br>GOODLETTSVILLE, TN 37072 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 0.00<br>COMMENT: RS/OE*120k/PL*DK*THRU 6/15*CL=135800.49 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3516 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH*CHASE/HERITAGE*CL @ 6438.75 W/DRAWN-DOC 222 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3048 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH*FIA/BOA*CL @ 7792.04 W/DRAWN-DOC 221 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4575 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:28 INT %: 3.00%<br>Court Claim Number:7<br><br>CLAIM: 14,703.00<br>COMMENT: CL7GOVS*$/CL-PL@4%/PL*NO SEC/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9731 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 6,323.25<br>COMMENT: CL7GOVS*632.25/PL*NO PRI/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9731 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PETERS TWNSHP SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PETERS TWNSHP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PETERS TOWNSHIP (RE)**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:9-2<br>CLAIM:  79.41<br>COMMENT:  540-009-07-00-0043-00;15*NON%*REMOVED/PL*PMTS RATIFIED/CONF*W/5*DK*AMI | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4300 |
| **PETERS TOWNSHIP (TRASH)**<br>C/O JORDAN TAX SVC-CUR/DLNQ YR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  540-009-07-00-0043-00;11-14*RS/OE*NT/SCH-PL*W/34*CL=794.76 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4300 |
| **PETERS TOWNSHIP (TRASH)**<br>C/O JORDAN TAX SVC-CUR/DLNQ YR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  540-009-07-00-0043-00;11-14*NON%*RS/OE*NT/SCH-PL*W/33*CL=352.02 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4300 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  0.00<br>COMMENT:  540-009-07-00-0043-00;15*RS/OE*NT/SCH-PL*CL=6644.11 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  4300 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC  29603 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  6,108.02<br>COMMENT:  NT/SCH*JUDGMENT MJ-27301-CV-0000141-2011 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1926 |
| **KIRKLAND FINANCIAL LLC**<br>3000 BUSINESS PARK CIRCLE SUTIE 500<br>GOODLETTSVILLE, TN  37072 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  LMP OVER/FINAL RPT | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  3516 |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  451.00<br>COMMENT:  $OE*SEE CID 4, 43*DK | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  M809 |
| **LISA M BURKHART ESQ**<br>1109 GRANT BLDG<br>310 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  HIDDEN VLLY CMMNTY ASSOC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ESTATES OF HIDDEN VALLEY COMMUNITY ASS**<br>C/O F DAVID SYLVESTER & ASSOC<br>200 COMMERCE DR STE 206<br>MOON TWP, PA  15106 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  RS/OE*NT/SCH-PL*HOA FEES*LATE~NO POD*CL=2470.50 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TOYOTA LEASE TRUST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL*469.10x(19+2)=LMT*BGN 12/18*LEASE | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  V459 |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:5-2<br><br>CLAIM:  3,933.77<br>COMMENT:  LEASE DFNCY BAL*AMD*W/4*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2809 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TOYOTA LEASE TRUST/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |