IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-22496-CMB |
| John E. Wright and | ) |
| Denise M. Wright, | ) **Chapter** 13 |
| **Debtors,** | ) |
| | ) |
| John E. Wright and | **)** |
| Denise M. Wright, | ) |
| **Movants** | **)** |
| | ) |
| v. | ) |
| No Respondents | ) |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.  The Debtors has made all payments required by the Chapter 13 Plan.

2.  The Debtors are not required to pay any Domestic Support Obligations.

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.  On August 21, 2015 at docket number 21, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by the Debtors who have carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

**Respectfully submitted,**

**Date:** July 23, 2020

**BY:**  /s/ Mark B. Peduto
**Mark B. Peduto, Esquire, PA I.D. #62923**
**mpeduto@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**