# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JOHN E. WRIGHT<br>DENISE M. WRIGHT<br>      Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>JOHN E. WRIGHT<br>DENISE M. WRIGHT<br><br>    Respondents | Case No. 15-22496CMB<br><br>Chapter 13<br><br>Related to: Document No. 229 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __4th__ day of __August__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Office Of Employment Security*<br>
Attn: Michael Skilton, Supervisor<br>
Office Of Uc Benefits Rm 604<br>
651 Boas St<br>
Harrisburg, PA 17121

is hereby ordered to immediately terminate the attachment of the wages of JOHN E. WRIGHT, social security number XXX-XX-9731. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOHN E. WRIGHT.

XXXXXXXXXXXXXXXX

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/4/20  9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-22496-CMB
John E. Wright                                                      Chapter 13
Denise M. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1            Date Rcvd: Aug 04, 2020
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +John E. Wright,   101 Kimber Drive,   McMurray, PA 15317-5313
               +Office of Employment Security,   Attn: Michael Skilton, Supervisor,
                 Office of UC Benefits Rm 604,   651 Boas St,   Harrisburg, PA 17121-0725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Peters Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Peters Township jhunt@grblaw.com, cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor   Kirkland Financial, LLC bankruptcy@powerskirn.com
              Kevin Scott Frankel    on behalf of Creditor   Kirkland Financial, LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor   Kirkland Financial, LLC pabk@logs.com
              Lisa M. Burkhart    on behalf of Creditor   Estates of Hidden Valley lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Mark B. Peduto    on behalf of Debtor John E. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Mark B. Peduto    on behalf of Joint Debtor Denise M. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Martin A. Mooney    on behalf of Creditor   Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 19