# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JOHN E. WRIGHT<br>DENISE M. WRIGHT<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  JOHN E. WRIGHT<br>DENISE M. WRIGHT<br><br>        Respondents | Case No. 15-22496CMB<br><br>Chapter 13<br><br>Related to: Document No. 231 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  4th  day of  August , 20 20, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pnc Bank
Attn: Payroll Manager
Mailstop B7-Yb13-23-1
1900 E 9Th St
Cleveland, OH 44114

is hereby ordered to immediately terminate the attachment of the wages of DENISE M. WRIGHT, social security number XXX-XX-0146. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DENISE M. WRIGHT.

~~FURTHER ORDERED:~~

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/4/20 5:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
John E. Wright
Denise M. Wright
    Debtors

Case No. 15-22496-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Aug 04, 2020
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
jdb          +Denise M. Wright,   101 Kimber Drive,   McMurray, PA 15317-5313
            +PNC Bank,   Attn: Payroll Manager,   Mailstop B7-Yb13-23-1,   1900 E 9th St,
             Cleveland, OH 44114-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
         David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Peters Township School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Peters Township jhunt@grblaw.com, cnoroski@grblaw.com
         Jill Manuel-Coughlin    on behalf of Creditor    Kirkland Financial, LLC bankruptcy@powerskirn.com
         Kevin Scott Frankel    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
         LeeAne O. Huggins    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
         Lisa M. Burkhart    on behalf of Creditor    Estates of Hidden Valley lburkhart@bmr-law.com,
          fjug@bmr-law.com
         Mark B. Peduto    on behalf of Debtor John E. Wright mpeduto@c-vlaw.com,
          jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Mark B. Peduto    on behalf of Joint Debtor Denise M. Wright mpeduto@c-vlaw.com,
          jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
         Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation kcollins@schillerknapp.com, lgadomski@schillerknapp.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                   TOTAL: 19