**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John E. Wright
Denise M. Wright**
  Debtor(s)

Bankruptcy Case No.: 15−22496−CMB
Related to Doc. No. 235
Chapter: 13
Docket No.: 236 − 235

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of August, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **10/28/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22496-CMB
John E. Wright                                                            Chapter 13
Denise M. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric            Page 1 of 2              Date Rcvd: Aug 26, 2020
                              Form ID: 408          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db/jdb         +John E. Wright,    Denise M. Wright,    101 Kimber Drive,    McMurray, PA 15317-5313
aty             Calaiaro Valencik,    938 Penn Avenue, Suite 501,    Pittsburgh, PA  15222-3708
cr             +Toyota Motor Credit Corporation,    As Servicer for Toyota Lease Trust,
                 C/O Schiller & Knapp, LLP,    950 New Loudon Road,    Suite 109,    Latham, NY 12110-2190
14109508      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas of PA, Inc.,    P.O. Box 117,    Columbus, OH 43216)
14111046       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14075361       +Daniel C. Fanaselle, Esq.,    Powers, Kirn & Associates, LLC,
                 Eight Neshaminy Interplex, Suite 215,    Feasterville Trevose, PA 19053-6980
14263199       +Estates of Hidden Valley,    c/o Lisa M. Burkhart, Esquire,    BRANDT, MILNES & REA, P.C.,
                 310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
14075363       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14075366       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
14075367       +Kirkland Financial, LLC,    3000 Business Park Circle, Suite 500,
                 Goodlettsville, TN 37072-3186
14141360        Kirkland Financial, LLC,    3000 Business Park Circle,    Suite 500,
                 Union City, Tennessee 38261
14075368       +Linebarger Goggan Blair & Samp,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14075369        Mom Loan,    111 Bruce Run Road,    Canonsburg, PA 15317
14075370       +Northland Group Levin Furniture,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14111043       +Peters Township,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14111044       +Peters Township/Peters Township SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14075372       +Strategic Recovery,    P.O. Box 52238,    Idaho Falls, ID 83405-2238
14075373       +Summit Physical Therapy,    414 Penco Rd.,    Wierton, WV 26062-3822
15008458        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14099683       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:05      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
14075360       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 27 2020 05:02:08      Asset Acceptance LLC/Levin,
                 P.O. Box 2036,    Warren, MI 48090-2036
14075364       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:01      Internal Revenue Service,
                 Centralized Insolvency Operation,    2970 Market St.,    Philadelphia, PA 19104-5002
14118749        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:03      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
14082524        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14082523        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14082525        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14100939       +E-mail/Text: csc.bankruptcy@amwater.com Aug 27 2020 05:03:45      Pa. American Water,
                 PO Box 578,    Alton, IL 62002-0578
14082362       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 05:01:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14121579       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 27 2020 05:02:28      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Estates of Hidden Valley
cr              Kirkland Financial, LLC
cr              Peters Township
cr              Peters Township School District
cr              Toyota Lease Trust
14075362        Family Practice
14075365        John Kovtsogiani
14075371        Peters Township
                                                                                    TOTALS: 8, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2         User: dric              Page 2 of 2           Date Rcvd: Aug 26, 2020
                             Form ID: 408            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

```
              David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    Kirkland Financial, LLC bankruptcy@powerskirn.com
              Kevin Scott Frankel    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              Lisa M. Burkhart    on behalf of Creditor    Estates of Hidden Valley lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Mark B. Peduto    on behalf of Joint Debtor Denise M. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@
               c-vlaw.com
              Mark B. Peduto    on behalf of Debtor John E. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@
               c-vlaw.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 19
```