**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN E. WRIGHT<br>DENISE M. WRIGHT<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-22496<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,　　*
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2020

**\* Debtor attorney is excepted
from discharge**

/s/　Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/09/2015 and confirmed on 9/1/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,921.00 |
| Less Refunds to Debtor | 1,634.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,287.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 21,671.34 | |
|    Trustee Fee | 4,680.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 26,351.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KIRKLAND FINANCIAL LLC | 20,484.23 | 20,484.23 | 0.00 | 20,484.23 |
|     Acct: 3516 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5253 | | | | |
|   STRATEGIC RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2823 | | | | |
|   KIRKLAND FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3516 | | | | |
|   KIRKLAND FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3516 | | | | |
|   PETERS TOWNSHIP (RE) | 794.12 | 794.12 | 60.64 | 854.76 |
|     Acct: 4300 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,285.69 | 2,285.69 | 199.37 | 2,485.06 |
|     Acct: 9731 | | | | |
|   INTERNAL REVENUE SERVICE* | 14,703.00 | 14,703.00 | 1,283.21 | 15,986.21 |
|     Acct: 9731 | | | | |
|   PETERS TOWNSHIP (RE) | 79.41 | 79.41 | 0.00 | 79.41 |
|     Acct: 4300 | | | | |
|   PETERS TOWNSHIP (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4300 | | | | |
|   PETERS TOWNSHIP (TRASH) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4300 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4300 | | | | |
|   ESTATES OF HIDDEN VALLEY COMMUNIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 39,889.67 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN E. WRIGHT | 1,634.00 | 1,634.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CALAIARO VALENCIK | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 18,271.34 | 18,271.34 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2/20 | | | | |
| DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX2/20 | | | | |
| TOYOTA LEASE TRUST | 16,991.28 | 16,991.28 | 0.00 | 16,991.28 |
| Acct: M809 | | | | |
| PETERS TOWNSHIP SD & PETERS TWP ( | 4,898.31 | 4,898.31 | 0.00 | 4,898.31 |
| Acct: 1626 | | | | |
| INTERNAL REVENUE SERVICE* | 6,323.25 | 6,323.25 | 0.00 | 6,323.25 |
| Acct: 9731 | | | | |
| TOYOTA LEASE TRUST | 451.00 | 451.00 | 0.00 | 451.00 |
| Acct: M809 | | | | |
| TOYOTA LEASE TRUST | 0.00 | 9,382.00 | 0.00 | 9,382.00 |
| Acct: V459 | | | | |
| | | | | 38,045.84 |
| **Unsecured** | | | | |
| ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLUMBIA GAS OF PA INC(*) | 2,959.93 | 0.00 | 0.00 | 0.00 |
| Acct: 0019 | | | | |
| F DAVID SYLVESTER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAMILY PRACTICE ASSOC PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 38,452.34 | 0.00 | 0.00 | 0.00 |
| Acct: 9731 | | | | |
| JOAN NAVONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN KOUTSOGIANI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LINEBARGER GOGGAN BLAIR & SAMPSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2768 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0302 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 194.42 | 0.00 | 0.00 | 0.00 |
| Acct: 6965 | | | | |
| RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0146 | | | | |
| SOUTH HILLS FAMILY MEDICINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: F006 | | | | |
| SUMMIT PHYSICAL THERAPY | 2,333.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9731 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9731 | | | | |
| WEST PENN POWER* | 364.74 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1831 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3048 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4575 | | | | |
|   LVNV FUNDING LLC | 6,108.02 | 0.00 | 0.00 | 0.00 |
| Acct: 1926 | | | | |
|   TOYOTA LEASE TRUST | 3,933.77 | 0.00 | 0.00 | 0.00 |
| Acct: 2809 | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LISA M BURKHART ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                        77,935.51

TOTAL CLAIMED
PRIORITY           28,663.84
SECURED            38,346.45
UNSECURED          54,346.55

Date: 08/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JOHN E. WRIGHT<br>    DENISE M. WRIGHT<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:15-22496<br><br>Chapter 13<br><br>Document No.: |

**ORDER OF COURT**

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  **\***

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

```
 * Debtor attorney is excepted
   from discharge
```

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-22496-CMB
John E. Wright                                                  Chapter 13
Denise M. Wright
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 2                 Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db/jdb         +John E. Wright,    Denise M. Wright,    101 Kimber Drive,    McMurray, PA 15317-5313
aty             Calaiaro Valencik,    938 Penn Avenue, Suite 501,    Pittsburgh, PA  15222-3708
cr             +Toyota Motor Credit Corporation,    As Servicer for Toyota Lease Trust,
                 C/O Schiller & Knapp, LLP,    950 New Loudon Road,    Suite 109,    Latham, NY 12110-2190
14109508       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:  Columbia Gas of PA, Inc.,    P.O. Box 117,    Columbus, OH 43216)
14111046       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14075361       +Daniel C. Fanaselle, Esq.,    Powers, Kirn & Associates, LLC,
                 Eight Neshaminy Interplex, Suite 215,    Feasterville Trevose, PA 19053-6980
14263199       +Estates of Hidden Valley,    c/o Lisa M. Burkhart, Esquire,    BRANDT, MILNES & REA, P.C.,
                 310 Grant Street, Suite 1109,    Pittsburgh, PA 15219-2227
14075363       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14075366       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
14075367       +Kirkland Financial, LLC,    3000 Business Park Circle, Suite 500,
                 Goodlettsville, TN 37072-3186
14141360        Kirkland Financial, LLC,    3000 Business Park Circle,    Suite 500,
                 Union City, Tennessee 38261
14075368       +Linebarger Goggan Blair & Samp,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14075369        Mom Loan,    111 Bruce Run Road,    Canonsburg, PA 15317
14075370       +Northland Group Levin Furniture,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14111043       +Peters Township,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14111044       +Peters Township/Peters Township SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14075372       +Strategic Recovery,    P.O. Box 52238,    Idaho Falls, ID 83405-2238
14075373       +Summit Physical Therapy,    414 Penco Rd.,    Wierton, WV 26062-3822
15008458        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14099683       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:00      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
14075360       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 27 2020 05:02:08      Asset Acceptance LLC/Levin,
                 P.O. Box 2036,    Warren, MI 48090-2036
14075364       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 27 2020 05:01:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    2970 Market St.,    Philadelphia, PA 19104-5002
14118749        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:57      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
14082524        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:05:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14082523        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14082525        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 05:06:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14100939       +E-mail/Text: csc.bankruptcy@amwater.com Aug 27 2020 05:03:44      Pa. American Water,
                 PO Box 578,    Alton, IL 62002-0578
14082362       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 05:01:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14121579       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 27 2020 05:02:27      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Estates of Hidden Valley
cr              Kirkland Financial, LLC
cr              Peters Township
cr              Peters Township School District
cr              Toyota Lease Trust
14075362        Family Practice
14075365        John Kovtsogiani
14075371        Peters Township
                                                                                   TOTALS: 8, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dric                 Page 2 of 2                   Date Rcvd: Aug 26, 2020
                              Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor John E. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Peters Township School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    Kirkland Financial, LLC bankruptcy@powerskirn.com
              Kevin Scott Frankel    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Kirkland Financial, LLC pabk@logs.com
              Lisa M. Burkhart    on behalf of Creditor    Estates of Hidden Valley lburkhart@bmr-law.com,
               fjug@bmr-law.com
              Mark B. Peduto    on behalf of Joint Debtor Denise M. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@
               c-vlaw.com
              Mark B. Peduto    on behalf of Debtor John E. Wright mpeduto@c-vlaw.com,
               jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@
               c-vlaw.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Toyota Motor Credit Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 19
```