**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JOHN E. WRIGHT<br>    DENISE M. WRIGHT<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:15-22496<br><br>Chapter 13<br><br>Related to: Document No. 235<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this __14th__ day of __October__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code. *

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    * Debtor attorney is excepted from discharge

FILED
10/14/20 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John E. Wright  
Denise M. Wright  
    Debtor(s)

Case No. 15-22496-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 3  
Date Rcvd: Oct 14, 2020      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John E. Wright, Denise M. Wright, 101 Kimber Drive, McMurray, PA 15317-5313 |
| aty | | Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| cr | + | Toyota Motor Credit Corporation, As Servicer for Toyota Lease Trust, C/O Schiller & Knapp, LLP, 950 New Loudon Road, Suite 109 Latham, NY 12110-2190 |
| 14109508 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, Inc., P.O. Box 117, Columbus, OH 43216 |
| 14111046 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14075361 | + | Daniel C. Fanaselle, Esq., Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Suite 215, Feasterville Trevose, PA 19053-6980 |
| 14263199 | + | Estates of Hidden Valley, c/o Lisa M. Burkhart, Esquire, BRANDT, MILNES & REA, P.C., 310 Grant Street, Suite 1109, Pittsburgh, PA 15219-2227 |
| 14075363 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14075366 | + | Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14075367 | + | Kirkland Financial, LLC, 3000 Business Park Circle, Suite 500, Goodlettsville, TN 37072-3186 |
| 14141360 | | Kirkland Financial, LLC, 3000 Business Park Circle, Suite 500, Union City, Tennessee 38261 |
| 14075368 | + | Linebarger Goggan Blair & Samp, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 14075369 | | Mom Loan, 111 Bruce Run Road, Canonsburg, PA 15317 |
| 14075370 | + | Northland Group Levin Furniture, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14111043 | + | Peters Township, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14111044 | + | Peters Township/Peters Township SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14075372 | + | Strategic Recovery, P.O. Box 52238, Idaho Falls, ID 83405-2238 |
| 14075373 | + | Summit Physical Therapy, 414 Penco Rd., Wierton, WV 26062-3822 |
| 15008458 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14099683 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:21:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14075360 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Oct 15 2020 03:54:00 | Asset Acceptance LLC/Levin, P.O. Box 2036, Warren, MI 48090-2036 |
| 14075364 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 15 2020 03:42:00 | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St., Philadelphia, PA 19104-5002 |
| 14118749 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:21:56 | LVNV Funding, LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 14082524 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:21:56 | LVNV Funding, LLC its successors and assigns as, assignee of Chase Bank USA, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 14082523 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:21:56 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14082525 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 02:25:35 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14100939 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 15 2020 03:55:00 | Pa. American Water, PO Box 578, Alton, IL 62002-0578 |
| 14082362 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 15 2020 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14121579 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 15 2020 03:54:00 | West Penn Power, 1310 Fairmont Ave, Fairmont, WV 26554-3526 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Estates of Hidden Valley |
| cr | | Kirkland Financial, LLC |
| cr | | Peters Township |
| cr | | Peters Township School District |
| cr | | Toyota Lease Trust |
| 14075362 | | Family Practice |
| 14075365 | | John Kovtsogiani |
| 14075371 | | Peters Township |
| jdb | *+ | Denise M. Wright, 101 Kimber Drive, McMurray, PA 15317-5313 |

TOTAL: 8 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| David Z. Valencik | |

Case 15-22496-CMB    Doc 244    Filed 10/16/20    Entered 10/17/20 01:48:11    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 3 of 3 |
| Date Rcvd: Oct 14, 2020 | Form ID: pdf900 | Total Noticed: 30 |

| | |
|---|---|
| | on behalf of Debtor John E. Wright dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| David Z. Valencik | on behalf of Joint Debtor Denise M. Wright dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Attorney Calaiaro Valencik dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Denise M. Wright dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor John E. Wright dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Peters Township jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Peters Township School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor Kirkland Financial LLC bankruptcy@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor Kirkland Financial LLC pabk@logs.com |
| LeeAne O. Huggins | on behalf of Creditor Kirkland Financial LLC pabk@logs.com |
| Lisa M. Burkhart | on behalf of Creditor Estates of Hidden Valley lburkhart@bmr-law.com fjug@bmr-law.com |
| Mark B. Peduto | on behalf of Joint Debtor Denise M. Wright mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Debtor John E. Wright mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Martin A. Mooney | on behalf of Creditor Toyota Motor Credit Corporation kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Toyota Motor Credit Corporation pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 19